UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DAVID V. HOUGHTON,**<br><br>    Plaintiff,<br><br>  v.<br><br>**LT. ROBERT RYAN AND SGT. CHRISTOPHER BULGER, in their individual and official capacities, of the River Vale Police Department**<br><br>    Defendants. | Civil No. 10-797 (WJM)<br><br>ORDER |

    **THIS MATTER** comes before the Court on Defendants Lt. Robert Ryan and Sgt. Christopher Bulger's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6); and for the reasons set forth in the accompanying Opinion; and for good cause appearing;

    **IT IS** on this 5th day of October 2010, hereby,

    **ORDERED** that Defendants' motion to dismiss is **GRANTED**; and it is

    **FURTHER ORDERED** that Plaintiff's complaint is dismissed with prejudice.

                                                    /s/ William J. Martini
                                                    **WILLIAM J. MARTINI, U.S.D.J.**